IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| YVONNE M. BALDWIN, | : |
| Plaintiff, | : |
| vs. | : CA 07-0789-C |
| CITY OF PRICHARD, ALABAMA, | : |
| Defendant. | : |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the motion for a new trial (Doc. 29) and motion to alter or amend judgment (Doc. 30) filed by the defendant are due to be and the same hereby are **DENIED**. It is further **ORDERED, ADJUDGED**, and **DECREED** that plaintiff's motion for prospective equitable relief (Doc. 28) be and the same hereby is **GRANTED**. In addition to the $135,642.07 in backpay and $99,869.93 in compensatory damages previously awarded plaintiff by the jury and confirmed by the undersigned (*see* Doc. 27, Judgment ("In accordance with the verdict of the jury entered on December 18, 2008, it is hereby ORDERED, ADJUDGED, and DECREED that the plaintiff shall have and take from the defendant, City

of Prichard, the sum of $235,512.00.")), plaintiff is **AWARDED** front pay in the amount of $83,172.54 and prejudgment interest of $13,361.56 on the backpay award. Post-judgment interest will accrue on the entire damage award, $332,046.10, pursuant to 28 U.S.C. § 1961(a).

**DONE** and **ORDERED** this the 4th day of May, 2009.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**